```
GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
PATRICK T. BARRY
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: patrick.barry2@usdoj.gov
Attorneys for Plaintiff
```

FILED

2021 MAY 19 PM 4: 12

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Eduardo Juanez Castaneda,<br><br>Defendant. | CR21-01105 TUC-SHR(LAB)<br><br>**I N D I C T M E N T**<br><br>Violations:<br>21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Heroin and Marijuana)<br>Count 1<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(i)<br>(Possession with Intent to Distribute Heroin)<br>Count 2<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)<br>(Possession with Intent to Distribute Marijuana)<br>Count 3<br><br>21 U.S.C. § 963<br>(Conspiracy to Import Heroin and Marijuana)<br>Count 4<br><br>21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(1)(A)<br>(Importation of Heroin)<br>Count 5<br><br>21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(4)<br>(Importation of Marijuana)<br>Count 6 |

Under Seal

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at a time unknown, to on or about June 21, 2020, in the District of Arizona, EDUARDO JUANEZ CASTANEDA did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 1 kilogram or more of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i); and less than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about June 21, 2020, in the District of Arizona, EDUARDO JUANEZ CASTANEDA did knowingly and intentionally possess with intent to distribute 1 kilogram or more of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

## COUNT 3

On or about June 21, 2020, in the District of Arizona, EDUARDO JUANEZ CASTANEDA did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 4

Beginning at a time unknown, to on or about June 21, 2020, in the District of Arizona, EDUARDO JUANEZ CASTANEDA did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to import into the United States from the Republic of Mexico 1 kilogram or more of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(A); and less than 50 kilograms of marijuana, a Schedule I

controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(4).

All in violation of Title 21, United States Code, Section 963.

## COUNT 5

On or about June 21, 2020, in the District of Arizona, EDUARDO JUANEZ CASTANEDA did knowingly and intentionally import into the United States from the Republic of Mexico 1 kilogram or more of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(A).

## COUNT 6

On or about June 21, 2020, in the District of Arizona, EDUARDO JUANEZ CASTANEDA did knowingly and intentionally import into the United States from the Republic of Mexico less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(4).

A TRUE BILL

/ S /

_____
FOREPERSON OF THE GRAND JURY
Date: MAY 19 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

/ S /

_____
PATRICK T. BARRY
Assistant U.S. Attorney

**REDACTED FOR PUBLIC DISCLOSURE**